IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD GORDON, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Civil No. 3:13-CV-2914-N-BK |
| GREENVILLE INDEPENDENT § | |
| SCHOOL DISTRICT, § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's motion to dismiss is **GRANTED** (Doc 5).

SO ORDERED this 26th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE